# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 19, 2017

154360

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

MICHAEL MARTIN,
        Plaintiff-Appellee,

v

MILHAM MEADOWS I LIMITED
PARTNERSHIP and MEDALLION
MANAGEMENT, INC.,
        Defendants-Appellants.

SC: 154360
COA: 328240
Kalamazoo CC: 2013-000485-NO

_____/

On order of the Court, the application for leave to appeal the July 19, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether genuine issues of material fact preclude summary disposition on the plaintiff's claim that the stairs at issue were not "fit for the use intended by the parties" and that the defendants did not keep the stairs in "reasonable repair." MCL 554.139(1)(a) and (b). The parties should not submit mere restatements of their application papers.

The Michigan Association for Justice, Michigan Defense Trial Counsel, Inc., and the Negligence Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 19, 2017



t0516

Clerk